IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE LETTER OF REQUEST FROM RUSSIA IN THE MATTER OF NOVIS PLUS, LTD. | ) ) ) Misc. No. 07- ) |

### APPLICATION FOR ORDER (28 U.S.C. 1782)

The United States of America, by the undersigned, David L. Hall, Assistant United States Attorney for the District of Delaware, petitions this Court for an Order pursuant to Title 28, United States Code, Section 1782, in the form submitted, to facilitate the taking of testimony of witnesses residing within the jurisdiction of this Court, and other actions as requested by a letter of request issued by the Russian authorities.

          COLM F. CONNOLLY
          United States Attorney

         By: _____
          David L. Hall
          Assistant U.S. Attorney
          1007 N. Orange Street
          Wilmington, DE  19801
          (302) 573-6277

Dated: 3/16/07